UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA LENSING,<br>        Plaintiff,<br><br>-v-<br><br>JOHN POTTER, POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE,<br>        Defendant. | No. 1:03-cv-575<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

At trial, a jury found in favor of Plaintiff Barbara Lensing on her claim for race discrimination and against Plaintiff on her claim for retaliation. The jury awarded Lensing $300,000 for emotional distress on her claim for race discrimination. This Court has awarded back pay and lost benefits in the amount of $21,305 and prejudgment interest on the back pay and benefits in the amount of $7,739.81. Therefore, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintiff Barbara Lensing for $329,044.81.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 17, 2013                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge